# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162817(56)

JULIE A BOLEN,
        Plaintiff-Appellant,

v

MARADA INDUSTRIES, INC.,
        Defendant-Appellee.
_____/

SC: 162817
COA: 348765
Oakland CC: 2018-163688-NO

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on May 21, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2021



Clerk